

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2015

No. 04-15-00277-CR

John Forrest **LOWE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B10794
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his brief is **granted**. We order appellant's brief due **August 3, 2015**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court